# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-05424-AG (MAA)** | Date: **June 11, 2019** |
| Title **Joaquin Jensen v. The County of Los Angeles** *et al.* | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

    On April 23, 2019, the Court issued an Order Dismissing Complaint with Leave to Amend. ("Order," ECF No. 8.)  The Court ordered Plaintiff Joaquin Jensen ("Plaintiff"), within thirty days after the date of the Order, to either file a First Amended Complaint ("FAC") or advise the Court that Plaintiff does not intend to file a FAC. (*Id*. at 26.)  The Court explicitly cautioned Plaintiff that "**failure to timely file a First Amended Complaint, or timely advise the Court that Plaintiff does not intend to file a First Amended Complaint, will result in a recommendation that this action, or portions thereof, be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**" (*Id*. at 27.)

    On May 7, 2019, the Order was returned to the Court as undeliverable by the Postal Service. (ECF No. 9.)

    To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **July 11, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

    If this Order to Show Cause is returned as undelivered by the Postal Service and Plaintiff does not notify the Court in writing of his current address within fifteen days after the service date,

the Court will recommend that this lawsuit be dismissed for want of prosecution.  *See* C.D. Cal. L.R. 41-6; *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment
Notice of Dismissal (CV-09)

|  | **Time in Court:** | 0:00 |
|---|---|---|
|  | **Initials of Preparer:** | CSI |