# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIM HUGO JENSEN,<br><br>               Plaintiff,<br><br>    v.<br><br>THE COUNTY OF LOS ANGELES, *et al.*,<br><br>              Defendants. | Case No. 2:18-cv-05424-AG (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the Complaint be dismissed without prejudice.

DATED: September 22, 2019

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE