**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIM HUGO JENSEN,<br><br>　　　　　Plaintiff,<br>　v.<br>THE COUNTY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-05424-AG (MAA)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: September 22, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE